PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**  ) | |
| ) | |
| vs.  ) | **Docket Number: 2:90CR00128-001** |
| ) | |
| **ROBERT LEE BLEVINS**  ) | |
| ) | |

On August 19, 1991, the above-named was placed on supervised release for a period of 8 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/Toni M. Ortiz
**TONI M. ORTIZ**
**United States Probation Officer**

Dated:   March 20, 2007
         Sacramento, California
         TMO/cp

**REVIEWED BY:**   /s/Kyriacos M. Simonidis
                  **KYRIACOS M. SIMONIDIS**
                  **Supervising United States Probation Officer**

**Re:** **Robert Lee BLEVINS**
**Docket Number:   2:90CR00128-001**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

|  |  |
|---|---|
| __March 20, 2007__ | /s/ Edward J. Garcia |
| **Date** | **EDWARD J. GARCIA** |
|  | **Senior United States District Judge** |

Attachment:   Recommendation
cc:      United States Attorney's Office